**95–2638. State ex rel. Talbert v. Interim Personnel Pool.**

Franklin App. No. 95APD03–317. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the application of appellant, Industrial Commission of Ohio, for dismissal of its appeal,

IT IS ORDERED by the court that the application for dismissal of the appeal of Industrial

Commission of Ohio be, and hereby is, granted.

The appeal of Interim Personnel Pool remains pending.